**Order entered March 25, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01127-CR

**LOAY ABDLLAH DARAGHMEH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 439th Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 2-13-190**

## ORDER

The Court **GRANTS** the State's March 21, 2014 motion for extension of time to file the

State's brief.

We **ORDER** the State to file the brief within **THIRTY (30) DAYS** from the date of this

order.

/s/    DAVID EVANS
       JUSTICE